■ THE PEOPLE OF THE STATE OF NEW YORK v. WALTER GARRETT.— Enlargement of time granted. Concur — Botein, P. J., Rabin, M. M. Frank, Valente and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. SIDNEY NEWMAN.— Enlargement of time granted. Concur — Botein, P. J., Rabin, M. M. Frank, Valente and Bastow, JJ.

## (October 13, 1959)

■ In the Matter of the Arbitration between LOUTEX GAS & OIL CORP. et al., Respondents, and STAR PIPE LINE Co., et al., Appellants; LEO GARTENBERG, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the petitioners-respondents. No opinion. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ GLEN M. NELSON, Respondent, v. HARRY H. PATTERSON, Appellant, et al., Defendant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ In the Matter of ELIZABETH GUINAN, Appellant, against EMANUELE TROTTA et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ MARTHA B. COULTON, as Administratrix D. B. N. of the Estates of PAUL BAYNARD, Deceased and of Kin of Said PAUL BAYNARD, Deceased, Respondent, v. "CLIFFORD BRITTINGHAM" et al., Defendants, and F. & A. TRANSPORTATION OF N. J., INC., Appellant.— Order unanimously reversed, on the facts and in the exercise of discretion, with $20 costs and disbursements, and the motion to dismiss the action as against defendant F. & A. Transportation of N. J., Inc., is granted, with $10 costs. The inordinate and inexcusable delay in the prosecution of the action, as well as the absence of any showing of merit, warrant the unconditional dismissal of the action as against the appealing defendant (Gallagher v. Clafington, Inc., 7 A D 2d 627, and cases cited therein). Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ In the Matter of the Estate of FRED H. NELSON, Deceased. HENRY R. NELSON, as Executor of FRED H. NELSON, Deceased, Respondent; HENRY C. NELSON, JR., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ In the Matter of the Estate of FRED H. NELSON, Deceased. HENRY R. NELSON, as Executor of FRED H. NELSON, Deceased, Respondent; HENRY C. NELSON, SR., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ In the Matter of the Estate of FRED H. NELSON, Deceased. HENRY R. NELSON, as Executor of FRED H. NELSON, Deceased, Respondent; BENJAMIN NELSON, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ In the Matter of SAM LICHTENSTEIN, Appellant, against DEPARTMENT OF INVESTIGATION OF THE CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.